OHIO STATE CHIROPRACTIC ASSOCIATION ET AL., APPELLANTS, *v.* OHIO BUREAU OF WORKERS' COMPENSATION ET AL., APPELLEES.

[Cite as *Ohio State Chiropractic Assn. v. Ohio Bur. of Workers' Comp.* (1995), 72 Ohio St.3d 485.]

(No. 94–1046—Submitted May 10, 1995—Decided July 12, 1995.)

*Karr & Sherman Co., L.P.A., Keith M. Karr* and *Robert P. Sherman,* for appellants.

*Betty D. Montgomery,* Attorney General, and *Dennis L. Hufstader,* Assistant Attorney General, for appellees.

The judgment of the court of appeals is reversed, and the cause is remanded to the trial court to apply *Motorists Mut. Ins. Co. v. Brandenburg* (1995), 72 Ohio St.3d 157, 648 N.E.2d 488.

MOYER, C.J., DOUGLAS, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., concurs in part and dissents in part.

WRIGHT and COOK, JJ., dissent.

PFEIFER, J., concurring in part and dissenting in part. I concur that *Motorists Mut. Ins. Co. v. Brandenburg* (1995), 72 Ohio St.3d 157, 648 N.E.2d 488, controls this case. I dissent from the majority's decision to remand—we should have found that attorney fees are inappropriate and ended the matter in this court.

WRIGHT, J., dissenting. For the reasons stated in Justice Cook's dissenting opinion in *Motorists Mut. Ins. Co. v. Brandenburg* (1995), 72 Ohio St.3d 157, 648 N.E.2d 488, which I joined, I respectfully dissent.

COOK, J., concurs in the foregoing dissenting opinion.